**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Chapter 13 |
| Galloway, Tomica V. | : | 19-12621 |
| **Debtor** | : | |

## CERTIFICATE OF SERVICE

    I certify that copies of the Debtor's Response to the **OBJECTION OF TOYOTA MOTOR CREDIT CORPORATION ("Movant")  TO CONFIRMATION OF CHAPTER 13 PLAN** was served upon the parties listed below, by mailing such copy by  first class, regular U.S. mail, postage prepaid or by electronic means on  May 20, 2020.

    "/s/" Mitchell J. Prince
    John L. McClain, Esquire
    Mitchell J. Prince, Esquire
    Attorneys for debtor

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

**TOYOTA MOTOR CREDIT CORPORATION**
c/o Rebecca A. Solarz, Esquire
KML Law Group, P.C.
The Lits Building
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
Attorney for Movant/Applicant