United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-12621-amc
Tomica V. Galloway                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 3
Date Rcvd: Jun 20, 2024                 Form ID: 138OBJ                Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tomica V. Galloway, 716 Chain Street, Norristown, PA 19401-3714 |
| 14621781 | + | Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14312846 | + | BABCOCK, GREGORY JAMES, 1000 N WEST ST STE 1200-1253, WILMINGTON, DE 19801-1047 |
| 14319082 | | DEUTSCHE BANK TRUST COMPANY AMERICAS, c/o Jerome Blank, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14318965 | | DEUTSCHE BANK TRUST COMPANY AMERICAS, ET.AL., C/o Jerome Blank, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14312851 | #+ | John L. McClain and Associates, PC, PO Box 123, Narberth, PA 19072-0123 |
| 14312855 | + | Pathfinder Credit, 11300 4th St, Saint Petersburg, FL 33716-2918 |
| 14330674 | + | Road Master, PO Box 22467, St. Petersburg, FL 33742-2467 |
| 14314647 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14313787 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14312859 | + | Toyota Motor Credit, 600 Emerson Rd #310, Creve Coeur, MO 63141-6762 |
| 14353089 | + | Toyota Motor Credit Corp, c/o Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14343367 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 07:51:03 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14352426 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:38 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14312849 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:42 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14312853 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:35 | Macys/dsnb, Po Box 8218, Mason, OH 45040 |
| 14352842 | | Email/Text: bnc-quantum@quantum3group.com | Jun 21 2024 07:28:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14352739 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 21 2024 07:27:00 | Deutsche Bank Trust Company Americas, et.al., PHH MORTGAGE CORPORATION, 1 MORTGAGE WAY, MAIL STOP SV-22, MT. LAUREL NJ 08054-4637 |
| 14312850 | ^ | MEBN | | |

Case 19-12621-amc   Doc 62   Filed 06/22/24   Entered 06/23/24 00:43:13   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Jun 20, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Jun 21 2024 07:19:05 | Diversified Adjustment, 600 Coon Rapids Bv, Coon Rapids, MN 55433-5549 |
| 14312848 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 21 2024 07:40:18 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14312852 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 21 2024 07:27:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14319790 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 21 2024 07:40:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14312854 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 21 2024 07:27:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 14763972 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 21 2024 07:27:00 | PHH Mortgage Corporation, ATTN Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14621782 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jun 21 2024 07:27:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14351972 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14312856 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:23 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14312857 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 07:40:21 | Syncb/oldnavydc, Po Box 965005, Orlando, FL 32896-5005 |
| 14314647 | ^ | MEBN | Jun 21 2024 07:19:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14313787 | ^ | MEBN | Jun 21 2024 07:19:41 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14334136 | + | Email/Text: bncmail@w-legal.com | Jun 21 2024 07:28:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14312858 | + | Email/Text: bncmail@w-legal.com | Jun 21 2024 07:28:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 14325786 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 21 2024 07:27:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 14312847 | | Bobby McKnight, 908 S 60th, Phila. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: 138OBJ | Total Noticed: 33 |

Date: Jun 22, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  ET.AL. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Deutsche Bank Trust Company Americas  as Trustee for Residential Asset Mortgage Products, Mortgage Asset-Backed Pass-Through Certificates, Series 2002-RM1 andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  ET.AL. jblank@pincuslaw.com, mmorris@pincuslaw.com |
| JOHN L. MCCLAIN | on behalf of Debtor Tomica V. Galloway aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  ET.AL. tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Tomica V. Galloway
      Debtor(s)

Case No: 19−12621−amc
Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/20/24